**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 23, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00705-CV

---

### IN RE EXXON MOBIL CORPORATION, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-52989**

---

## MEMORANDUM OPINION

On October 16, 2020, relator Exxon Mobil Corporation filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.22; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Daryl Moore, presiding judge of the 333rd District Court of Harris County, to vacate his October 15, 2020 order (1) denying relator's motion to enforce notices of depositions and subpoenas served on nonparty medical providers; and (2) granting real parties

interest's and nonparty medical providers' motions for protection in the underlying personal injury case.

Relator has not shown that it is entitled to mandamus relief.  Accordingly, we deny relator's petition for writ of mandamus.  We also deny relator's motion for stay.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.  (Justice Jewell would grant the requested stay and request a response from real parties in interest.)